IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 APR 22 PM 2:56
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:19CR048** |
| **v.** | : | |
| **CARLOS ALBA-MORENO** | : | **ORDER UNSEALING CASE** |

Upon motion of the United States, and for the reason that the above captioned defendant is in custody, the above captioned case is hereby ordered unsealed.

DATE: 4.22.19

JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT